No. 39526.—Protests 374348–G, etc., of Lazarus & Rosenfeld, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the articles in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 39527.—Protests 301484–G, etc., of Henry Kayser & Fils, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445), Dow v. United States (id. 282, T. D. 46816), and Rice v. United States (T. D. 49373) the atomizers and boxes in question were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed.

No. 39528.—Protests 284595–G, etc., of I. Magnin & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the atomizers and powder boxes in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 39529.—Protests 232596–G, etc., of E. & J. Bass, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, bottles, pepper and salts, spoons, thimbles, jars, and boxes chiefly used on the table, in the kitchen or household for utilitarian purposes, or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445), Dow v. United States (id. 282, T. D. 46816), and Rice v. United States (T. D. 49373) cited.

No. 39530.—Protests 229220–G, etc., of Fred'k Loeser & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Rice v. United States (T. D. 49373) the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed.